DISTRICT OF OREGON
F I L E D
May 06, 2024
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | Case No. _____ |
|---|---|
| | ☐ Amended |
| | **ORDER, DRAFTED ON:** _____, **RE: RELIEF FROM** [*check all that apply*] ☐ **DEBTOR STAY** ☐ **CODEBTOR STAY** |
| | **CREDITOR:** _____ |
| Debtor | **CODEBTOR:** _____ |

The undersigned, _____, whose address, email address, phone number, and OSB#, if any, are:

presents this order based upon [*check all that apply*]:

720.90 (12/1/2022)        Page 1 of 6

The complete stipulation of the parties listed at the end of this document.

The oral stipulation of the parties at the hearing held on _____.

The ruling of the court at the hearing held on _____.

Creditor certification that any default notice required by paragraph 5 of the order re: relief from stay entered on _____ was mailed, and that debtor failed to comply with the conditions of that order. The dates and amounts of missed cure payments and the date of creditor's notice of default are as follows:

Creditor certification that no response to the motion for relief from stay filed on _____ and served on _____ was filed within the response period plus 3 days.

**IT IS ORDERED** that, except as provided in paragraph 4 below, the stay existing pursuant to 11 U.S.C. § 362(a) remains in effect as to the property described below (hereinafter "the property"):

Personal property described as [*for example, "2001 Ford Taurus"*]:

Real property located at [*enter street address*]:

Exhibit A attached hereto is the legal description of the property [*attaching a legal description is optional unless in rem relief is granted*].

**IT IS FURTHER ORDERED** that the stay is subject to the conditions marked below:

1. **Regular Payment Requirements.**

    a. Debtor must deliver regular monthly payments in the amount of $_____ commencing _____ to creditor at the following address:

    b. The chapter 13 trustee must immediately pay and disburse to creditor the amount of $_____ per month from funds paid to the trustee by debtor, and continue each month until the plan is confirmed, at which time the plan payment terms will control. Payments made by the trustee under this order are deemed to be payments under the plan for purposes of the trustee's collection of percentage fees.

    c. Debtor must pay to the trustee any and all payments required to be paid under the terms of the chapter 13 plan.

2. **Cure Payment Requirements.** Debtor must cure the post-petition default of $_____ consisting of [*for example, $_____ in payments and $_____ in late charges for April - June 2022*]:

    as follows:

    a. In equal monthly installments of $_____ each, commencing _____ and continuing thereafter through and including _____.

    b. By paying the sum of $_____ on or before _____, and the sum of $_____ on or before _____.

    c. Other [*describe*]:

3. **Insurance Requirements.** Debtor must maintain insurance on the property at all times as required by the security agreement, naming _____ as the loss payee.

    On or before _____ debtor must provide counsel for creditor with proof of insurance.

4. **Stay Relief and Codebtor Stay Relief without Cure Opportunity.**

    a. Upon default in the conditions in paragraphs _____ creditor may file and serve a certificate of non-compliance specifying the default, together with a proposed order terminating the stay to allow creditor to foreclose on, and obtain possession of, the property to the extent permitted by applicable nonbankruptcy law, which the court may grant without further notice or hearing.

b. The stay is terminated to allow creditor to foreclose on, and obtain possession of, the property to the extent permitted by applicable nonbankruptcy law, provided that a foreclosure sale shall not occur prior to _____.

c. Creditor is granted relief from stay effective _____ to foreclose on, and obtain possession of, the property, to the extent permitted by applicable nonbankruptcy law.

d. Creditor is granted relief from stay to foreclose on, and obtain possession of, the property, to the extent permitted by applicable nonbankruptcy law.

e. If a creditor with a senior lien on the property is granted relief from stay, creditor may file and serve a certificate identifying the senior lienholder and a proposed order terminating the stay, which the court may grant without further notice or hearing.

f. Creditor is granted relief from stay to:

g. Creditor is granted in rem relief from stay with respect to the real property described above and in Exhibit A. This order shall be binding in any other case filed under 11 U.S.C. purporting to affect such real property filed not later than two (2) years after the date of the entry of this order unless the bankruptcy court in the subsequent case grants relief from this order. Any governmental unit that accepts notices of interests or liens in real property must accept a certified copy of this order for indexing and recording.

h. Creditor is granted relief from the codebtor stay, as it applies to the codebtor named in the caption above, to enforce the terms of the contract and collect the deficiency balance.

i. [*Check for chapters 12 and 13 only*] All disbursements by the trustee to the creditor pursuant to the plan on account of creditor's secured claim (claim no. _____) against the property must cease. Debtor and creditor have agreed to this modification of the plan, and formal notice of this plan modification is not required because there is no negative effect on any nonconsenting creditor; the undersigned certifies receipt of written confirmation that debtor has no objection to this paragraph.

5.  **Stay Relief with Cure Opportunity.** Upon default in the checked conditions in paragraphs 1 - 3, creditor must ☐ serve on debtor and ☐ e-mail to attorney for debtor written notice of default giving debtor _____ calendar days after the mailing of the notice to cure the default. If debtor fails to timely cure the default, then creditor may submit a proposed order terminating the stay, which the court may grant without further notice or hearing.

    a.  The notice of default may require that debtor make any payment that becomes due between the date the notice of default is mailed and before the cure deadline.

    b.  The notice of default may require debtor to pay $_____ for the fees and costs of sending the notice.

    c.  Only _____ notices of default and opportunity to cure are required per year [*calculated from date of entry of this order*], ☐ during the remainder of this case, or ☐ [*describe*]:

6.  **Amended Proof of Claim.** Creditor must file an amended proof of claim to recover all accrued post-petition attorney fees and costs and [*describe*]:

7.  **Miscellaneous Provisions.**

    a.  If creditor is granted relief from stay, the 14-day stay provided by FRBP 4001(a) is waived.

    b.  Any notice that creditor's counsel must give to debtor or codebtor, or attorney for debtor or codebtor, pursuant to this order will not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692.

8.  A hearing on the motion for relief from stay, at which witnesses may not testify, will be held as follows:

    **Date:**_____   **Time:** _____

    **Location**:

    Courtroom #_____, _____

    Video Hearing. To connect, see www.orb.uscourts.gov/video-hearings.

Telephone Hearing [*See* LBF 888*, Telephone Hearing Requirements*.]

**Call-In Number:** (888) 684-8852

**Access Code:** 5870400 for Judge David W. Hercher (dwh)

1238244 for Judge Peter C. McKittrick (pcm)

4950985 for Judge Teresa H. Pearson (thp)

3388495 for Judge Thomas M. Renn (tmr)

Other _____

9.  Other:

###

Presented and certified by:

_____

It is so stipulated.

Creditor's Attorney:

_____
Name: _____
OSB#: _____

Debtor's Attorney:

_____
Name: _____
OSB#: _____

No objection to order by case trustee.

By: _____

Codebtor's Attorney:

_____
Name: _____
OSB#: _____

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

Reach Community Development, Inc., Renaissance Commons Apartments

Plaintiff(s),

vs.

Emily Gassen, and all other occupants

Defendant(s),

Case No. 24LT06042

FORCIBLE ENTRY AND DETAINER

STIPULATED AGREEMENT
and ORDER (FED)

Address:   **AS LISTED ON COMPLAINT**

At the time set for the hearing of the above-entitled case, the Plaintiff(s) and Defendant(s) appeared.

**STIPULATED AGREEMENT: The parties agree to the following terms:**
**[X] PAYMENT PLAN:** Defendant(s) shall pay the following sums*, via certified funds at Plaintiff's leasing office or at a location required by Plaintiff by 5:00 PM on each of the following dates:

1. $726.00 on May 10, 2024.
2. $726.00 on June 10, 2024.
3. $726.00 on July 10, 2024.
4. $726.00 on August 10, 2024.
5. $726.00 on September 10, 2024.
6. $722.00 on October 10, 2024.

7. $_____ on _____, 20____.
8. $_____ on _____, 20____.
9. $_____ on _____, 20____.
10. $_____ on _____, 20____.
11. $_____ on _____, 20____.
12. $_____ on _____, 20____.

* This payment plan includes $0.00 for attorney fees and costs.

**[X] FUTURE RENTS:** Defendant(s) shall pay the following month(s) rent(s) no later than the 4th day of each month in certified funds for:

    **May 2024**    ,       **June 2024**    ,       **July 2024**    .

**[X] ADDITIONAL TERMS:** Any changes to this agreement must be in writing signed by both parties:

(1) Plaintiffs agree to immediately dismiss with the right to reinstate upon filing a declaration of non-compliance with the clerk of the court.

(2) WAIVER OF BANKRUPTCY STAY: Defendant(s) expressly waive(s) any stay available under the U.S. Bankruptcy Code. This includes the waiver of any stay available under *In re Emily Ann Gassen*, 23-32909-pcm13. Defendant(s) expressly affirm Plaintiff(s) right to collect the debt(s) as described in this Agreement. Defendant(s) acknowledge(s) that Defendant(s) has/have counsel in this matter and has/have the advice of counsel related to this Agreement and any bankruptcy-related protections.

**DEFENDANT ACKNOWLEDGEMENT OF RECEIPT.** If initialed, Defendant(s) hereby acknowledge receipt of a copy of this agreement prior to submission to the court by the following method:

_____ Taking a photo of the agreement

_____ Electronic means (e.g. e-mail or DocuSign)

**COMMON TERMS: THE FOLLOWING SHALL APPLY IN ALL CASES:**
1. If the Defendant(s) do/does not comply with the terms of this STIPULATED AGREEMENT, the Plaintiff(s) is entitled to a judgment of immediate restitution, court costs, service fees, attorney fees, the statutory prevailing party fee against Defendant(s) upon filing a declaration of noncompliance.
2. Plaintiff(s) reserve the right to collect all balances and assess fees under the terms of the lease agreement regardless of the promises herein, including the right to assess late fees for any deferred payments and a fee for relinquishment during a fixed term tenancy.
3. The terms of this agreement may only be changed by written agreement of the parties.
4. Defendant represents that they have authority to enter this agreement on behalf of all listed Defendants

_____    _____
Plaintiff(s) /Agent                          Signature of Defendant(s)

Date_____    **Date**_____

**STIPULATED ORDER**

**It is so ORDERED that the above agreement is hereby entered.**

_____